IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMIRO RANGEL, | ) | 1:06-CV-00365-OWW-WMW-HC |
| Petitioner, | ) | |
| vs. | ) | SECOND ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** FILING FEE |
| KATHY MENDOZA, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 14, 2006, the court ordered petitioner to submit an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, or in the alternative, to pay the $5.00 fee for this action. On May 15, 2006, petitioner submitted a certified copy of his prison trust account statement. However, petitioner has not submitted an application as required by the court. Petitioner shall be granted another opportunity to submit a completed application to proceed in forma pauperis, or in the alternative, to pay the $5.00 fee for this action. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, petitioner shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for

this action. Petitioner is not required to submit another copy of his trust account statement. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    May 23, 2006**                    **/s/  William M. Wunderlich**
bl0dc4                                           UNITED STATES MAGISTRATE JUDGE